OFD (12/1/11) jed

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

August 4, 2022

Clerk, U.S. Bankruptcy Court

BY **jed** DEPUTY

In re
**Barbara June Mantha**
*Other names used by debtor:* Barbara J Mantha dba Home Medical Equipment and Supplies
Debtor(s)

) Case No. **22−61027−pcm7**
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
)

The bankruptcy CASE FILED on **8/4/22** has deficiencies.

7 DAYS TO FILE: Each document listed below has deficiencies. You must file document(s) correcting the deficiencies within 7 days of the FILED date of this order.

   **An "Amended" Petition must be filed [Note: All amended documents must: (a) be clearly labeled as "Amended"; (b) have a signed Declaration attached; and (c) be accompanied by a Certificate of Service in accordance with Federal Rules of Bankruptcy Procedure 1009 and 9011, and Local Bankruptcy Rule 9004−1(d)]. The original Petition was deficient as follows:**

   **− There is not an electronic signature in the format "/s/(Name)" in each location a signature is required, or each name does not match the filer's name. [Local Bankruptcy Rules 1005−1 and 9011−4(b)]**

14 DAYS TO FILE: The following required document(s) were not filed. You must file each listed document within 14 days of the CASE FILED date shown above.

   **A Statement of Your Current Monthly Income must be filed on the current Official Form applicable in this case: 122A−1 for Chap. 7, 122B for Chap. 11 or 122C−1 for Chap. 13. [Please note: If filing 122A−1 or 122C−1, an additional form may be required. Follow the instructions on the form.]**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

Clerk, U.S. Bankruptcy Court